UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HARRY JAMES DUGAS** | **CIVIL DOCKET NO. 6:23-CV-00826** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TIM HOOPER, WARDEN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS, DONE AND SIGNED in Chambers on this 31st day of July 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE